IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID S. HASTINGS, as
Father and Co-Guardian of
CHASE MAVERICK HASTINGS,

    Plaintiff,

v.                                                                                                    4:18cv345–WS/CAS

COMMUNITY BANK & TRUST,
KELLI E. ROSS, KEVIN ROSS,
et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 18) docketed June 18, 2019. The magistrate judge recommends that this case be dismissed for lack of subject matter jurisdiction and because Plaintiff, a non-attorney acting pro se, cannot represent the interests of another person. Plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate

judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 18) is ADOPTED and incorporated by reference into this order.

2. Plaintiff's motion requesting appointment of counsel (ECF No. 17) is DENIED.

3. Plaintiff's motion (ECF No. 17) requesting leave to amend the complaint is GRANTED. The clerk shall separately docket Plaintiff's second amended complaint, which is currently attached to ECF No. 17.

4. Plaintiff's second amended complaint and this action are DISMISSED for lack of subject matter jurisdiction and because Plaintiff may not represent the interests of another person in this action.

4. The clerk shall enter judgment stating: "All claims are dismissed." The case shall be closed.

DONE AND ORDERED this ___18th___ day of ___July___, 2019.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE